UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christopher Mohamed,<br><br>        Plaintiff,<br><br>-against-<br><br>Miguel A. Pizzaro Carhuavilca et al.,<br><br>        Defendants. | 1:25-cv-04175 (SDA)<br><br>**ORDER OF DISMISSAL** |

**STEWART D. AARON, United States Magistrate Judge:**

It having been reported to this Court that this case has been settled (*see* 10/9/25 Letter, ECF No. 18), it is hereby ORDERED that the above-captioned action is dismissed without costs to any party and WITHOUT PREJUDICE to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    New York, New York
      October 10, 2025

                 _____
                 STEWART D. AARON
                 United States Magistrate Judge